UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>Bryan Alexis VALLADOLID<br><br>                Defendant. | CASE NO. 21CR02185-001-JLS<br><br>O R D E R |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for February 25, 2022, is vacated and reset to March 25, 2022, at 9:00 a.m.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 01/03/2022

Janis L. Sammartino
U.S. District Judge

cc: all counsel of record