# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN A. VALLADOLID<br><br>Defendant. | Case No. 21-CR-02185-JLS<br><br>**ORDER GRANTING JOINT MOTION TO WITHDRAW GUILTY PLEA** |

Pursuant to the agreement of the parties—and the reasons set forth in the parties' joint motion—the Court orders that the previous guilty plea and accompanying plea agreement entered on October 20, 2021 be withdrawn so that the parties may enter into a Veterans Diversion Program plea agreement before Magistrate Judge William V. Gallo.

**SO ORDERED.**

Dated: August 2, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge