18UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  Plaintiff,  v.  BRYAN ALEXIS VALLADOLID,  Defendant. | Case No.: 21CR2185-JLS  **ORDER VACATING SENTENCING HEARING AND SETTING MOTION HEARING/TRIAL SETTING** |
|---|---|

    The Court having granted the parties' joint motion to withdraw Defendant's guilty plea, the Sentencing Hearing set for August 5, 2022 is **Vacated**.  A Motion Hearing Trial/Setting will be held on **Friday, September 16, 2022** at **1:30 p.m.**  Defendant shall file an acknowledgement of the new hearing date within one week of this order.

    IT IS SO ORDERED.

Dated:  August 3, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1

21CR2185-JLS